UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHELRY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOODFELLAS GIFTS, INC, et al.,<br><br>   Defendants. | Case No.  13-cv-01147-MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE STATUS REPORT BY JANUARY 29, 2014** |

Plaintiffs Daren Heathelry and Irma Ramirez filed this lawsuit pursuant to the Americans with Disabilities Act on March 13, 2013.  Dkt. No. 1.  Defendants filed their Answer on August 28, 2013.  Dkt. No. 8.  Since that time, there has been no other activity in this action.  Accordingly, the Court **ORDERS** the parties to file a joint status report apprising the Court of the status of case and their compliance with the deadlines set forth in the Scheduling Order for ADA cases (Dkt. No. 2) by **January 29, 2014**.

   **IT IS SO ORDERED.**

Dated:  January 15, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge