UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHELRY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOODFELLAS GIFTS, INC, et al.,<br><br>    Defendants. | Case No. 13-cv-01147-MEJ<br><br>**FURTHER STATUS ORDER** |

Having reviewed the parties' Joint Status Report (Dkt. No. 21), the Court finds it unnecessary to set any deadlines pending the parties' settlement negotiations.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge