UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHELRY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOODFELLAS GIFTS, INC, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01147-MEJ<br><br>**CONDITIONAL DISMISSAL AS TO DEFENDANTS NEAL MITCHELL AND BINA MITCHELL, TRUSTEES OF THE MITCHELL TRUST** |

The Court, having been advised that Plaintiffs Daren Heatherly and Irma Ramirez have reached a settlement with Defendants Neal Mitchell and Bina Mitchell, Trustees of the Mitchell Trust, hereby DISMISSES this case with prejudice as to said Defendants.  However, if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and Plaintiffs case against said Defendants shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge